UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
AUG 0 8 2011
Clerk, U.S. District and
Bankruptcy Courts

Raymond Valero, )
)
    Plaintiff, )
)
v. ) Civil Action No. 11 1440
)
)
President Barack Obama *et al.* )
)
    Defendants. )

## MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted and the complaint will be dismissed pursuant to 28 U.S.C. § 1915A (requiring dismissal of a prisoner's complaint upon a determination that the complaint, among other grounds, is frivolous).

Plaintiff, a Texas inmate confined in Lovelady, Texas, sues President Barack Obama, the United States, the State of Texas, a Texas judge, and an attorney. *See* Compl. at 4. He claims that "[t]he president and former presidents . . . [have] been cruelly hurting the poor American citizen . . . with these cruelly and painfully slavery (federal and state prison & jail)." Compl. at 5. Plaintiff "demand[s]" that this Court enter a judgment of acquittal and seeks $7 billion in damages. *Id.*

The complaint not only presents the type of fantastic or delusional scenarios found to justify immediate dismissal as frivolous, *Neitzke v. Williams*, 490 U.S. 319, 328 (1989); *Best v. Kelly*, 39 F.3d 328, 330-31 (D.C. Cir. 1994), but it is frivolous also because it lacks "an arguable

basis in law and fact." *Brandon v. District of Columbia Bd of Parole*, 734 F.2d 56, 59 (D.C. Cir. 1984). A separate Order of dismissal accompanies this Memorandum Opinion.

Date: August ___, 2011

/s/
United States District Judge